12 So. (2nd) 576                                    January Term, 1943
March 26, 1943                                              Division B

*Otis R. Parker, Jr.,* for appellant.

*J. Tom Watson,* Attorney General, *Woodrow M. Melvin,* Assistant Attorney General, and *Angus Sumner,* State Attorney, for appellee.

PER CURIAM:

Appellant being tried on indictment charging murder in the first degree, was convicted of the offense of murder in the second degree and appealed.

The only question presented is whether or not the evidence is sufficient to establish corpus delicti. It is found sufficient.

No reversible error being made to appear, judgment is affirmed.

So ordered.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.